THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK J. MULLANEY, <br><br> Plaintiff, <br><br> v. <br><br> THE PAUL REVERE LIFE INSURANCE COMPANY, a foreign corporation; UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation, <br><br> Defendants. | Case No. C16-00263-RAJ <br><br> ORDER |

THIS MATTER comes before the Court on the parties' Stipulated Motion to File CR 52 Motions and Relevant Portions of Claim File Under Seal. Having considered the relevant documents and legal standard, the Court **GRANTS** the motion. Dkt. # 20. The designated documents may be filed with the relevant information redacted pending the outcome of this litigation, at which time the Court may determine that the documents will be unsealed.

IT IS SO ORDERED this 10th day of October, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge